### LINDSEY v. MAINE S. S. CO.

(Supreme Court, Appellate Term.   May 19, 1904.)

1. CARRIERS—LOSS OF BAGGAGE—LIMITATION OF LIABILITY.

> Where plaintiff bought a round-trip steamship ticket which limited the carrier's liability for loss of baggage to $100, and, months after the purchase, had a trunk checked on the return portion of the ticket, and the trunk was lost through the carrier's negligence, the carrier was entitled to insist on the limitation of liability.

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Laura M. Lindsey against the Maine Steamship Company. From a judgment for plaintiff for less than her demand, she appeals. Affirmed.

Argued before FREEDMAN, P. J., and TRUAX and SCOTT, JJ.

Walter W. Menzel, for appellant.

Carpenter, Park & Symmers, for respondent.

PER CURIAM.   The plaintiff, through her brother, procured from defendant a round-trip ticket for a passage from New York to Portland, Me., and return.   With this ticket in her possession, she proceeded to Portland, where the coupon to that place was taken up, and the remainder of the ticket handed back to her.   Months thereafter she returned upon defendant's steamer, and had a trunk checked upon the strength of the part of the ticket still in her possession.   The trunk was lost, presumably through the negligence of the defendant as carrier.   The said part of the ticket limited the liability of the defendant in case of loss to $100.   Under the circumstances of this case, there was a contract between the parties limiting defendant's liability, which the carrier had a right to make and to insist upon.   Steers v. Liverpool, etc., Steamship Co., 57 N. Y. 1, 15 Am. Rep. 453, and cases there cited.

Judgment is affirmed, with costs.